**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                               §
                                     §
JOHNSTON, HEATHER M.                 §     Case No. 13-14120
                                     §
         Debtor(s)                   §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    CLERK OF THE COURT
    219 South Dearborn
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/15/2014 in Courtroom ,

    Joliet City Hall
    150 West Jefferson, 2nd Floor
    Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/08/2014                    By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JOHNSTON, HEATHER M. § Case No. 13-14120
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,000.00 |
| and approved disbursements of | $ | 20.39 |
| leaving a balance on hand of[1] | $ | 6,979.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,450.00 | $ 0.00 | $ 1,450.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 59.50 | $ 0.00 | $ 59.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,509.50 |
| Remaining Balance | $ 5,470.11 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,370.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 6,958.11 | $ 0.00 | $ 1,781.05 |
| 000002 | Quantum3 Group LLC as agent for | $ 878.56 | $ 0.00 | $ 224.88 |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ 5,069.55 | $ 0.00 | $ 1,297.64 |
| 000004 | Capital Recovery V, LLC | $ 1,306.24 | $ 0.00 | $ 334.36 |
| 000005 | Portfolio Recovery Associates, LLC | $ 3,137.02 | $ 0.00 | $ 802.98 |
| 000006 | Portfolio Recovery Associates, LLC | $ 4,020.84 | $ 0.00 | $ 1,029.20 |

Total to be paid to timely general unsecured creditors          $          5,470.11

Remaining Balance                                              $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
           Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-14120-BWB
Heather M. Johnston                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina              Page 1 of 2         Date Rcvd: Jul 09, 2014
                              Form ID: pdf006            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2014.
```
db            Heather M. Johnston,   176 Periwinkle Dr.,   Morris, IL   60450
20287736     +ATG CREDIT, LLC,   PO BOX 14895,   CHICAGO, IL 60614-8542
20287738     +BLITT & GAINES, P.C.,   661 W. GLENN AVE.,   WHEELING, IL 60090-6017
20287739     +CAB SERVICES, INC.,   PO BOX 2668,   JOLIET, IL 60434-2668
20287742      CHASE,   AUTO FINANCE,   PO BOX 9001937,   COUISVILLE, KY 40290-1937
20287743      CHASE,   PO BOX 24696,   COLUMBUS, OH 43224-0696
20287744     +CITI CARD,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
20287747     +JC PENNEY,   C/O PORTFOLIO RECOVERY,   PO BOX 12914,   Norfolk, VA 23541-0914
20287748     +JOLIET OPEN MRI,   754 ESSINGTON RD.,   JOLIET, IL 60435-4912
20287750     +MORRIS HOSPITAL,   150 W. HIGH ST.,   MORRIS, IL 60450-1497
21079335    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   successor to CITIBANK, N.A.,
               Sears,   PO Box 41067,   Norfolk, VA 23541)
20287751     +SEARS,   PO BOX 183081,   COLUMBUS, OH 43218-3081
20287754      VICTORIA'S SECRET,   PO BOX 659728,   SAN ANTONIO, TX 78265-9728
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20287741     +E-mail/Text: contact@csicollects.com Jul 10 2014 00:48:50     CERTIFIED SERVICES, INC.,
              1733 WASHINGTON ST., SUITE 201,   WAUKEGAN, IL 60085-5192
20287740      E-mail/Text: contact@csicollects.com Jul 10 2014 00:48:50     CERTIFIED SERVICES, INC.,
              PO BOX 177,   WAUKEGAN, IL 60079-0177
21056220      E-mail/PDF: rmscedi@recoverycorp.com Jul 10 2014 00:52:26     Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
20287745      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2014 00:50:45     DISCOVER BANK,   PO BOX 30943,
              SALT LAKE CITY, UT 84130-0943
20711287      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2014 00:50:45     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
20287749      E-mail/Text: mmrgbk@miramedrg.com Jul 10 2014 00:47:38     MIRAMED REVENUE GROUP, LLC,
              DEPT 77304,   PO BOX 77000,   DETROIT, MI 48277-0304
21032603     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 10 2014 00:50:26
              PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
              Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
20871098      E-mail/Text: bnc-quantum@quantum3group.com Jul 10 2014 00:47:14
              Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
20287753     +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2014 00:52:21     TJX,   P.O. Box 530948,
              ATLANTA, GA 30353-0948
                                                                                             TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20287752*     SEARS,   PO BOX 183081,   COLUMBUS, OH 43218-3081
20287737    ##+BEHAVIORAL HEALTH & EDUCATION,   24402 W. LOCKPORT ST.,   PLAINFIELD, IL 60544-4204
20287746    ##+FREDERICK EDMISTON DDS MS,   302 N. HAMMES AVE.,   JOLIET, IL 60435-8141
                                                                                 TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: nmolina               Page 2 of 2              Date Rcvd: Jul 09, 2014
                              Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2014 at the address(es) listed below:

        James M Durkee   on behalf of Debtor Heather M. Johnston jimdurkee@mglawoffices.com
        Nisha B Parikh   on behalf of Creditor   JPMorgan Chase Bank, National Association nparikh@fal-illinois.com, bankruptcy@fal-illinois.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Peter N Metrou   on behalf of Trustee Peter N Metrou met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
        Peter N Metrou   met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com, pmetrou@ecf.epiqsystems.com

                                                                                                                                                                     TOTAL: 5