UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| JOHNSTON, HEATHER M. | § | Case No. 13-14120 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Peter N. Metrou, Trustee _____
                                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CHASE AUTO FINANCE PO BOX 9001937 COUISVILLE, KY 40290-1937 |  |  |  |  |  |
|  | CHASE PO BOX 24696 COLUMBUS, OH 43224-0696 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

Case 13-14120    Doc 36    Filed 11/17/14    Entered 11/17/14 14:51:27    Desc Main
          Document      Page 5 of 10

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BEHAVIORAL HEALTH & EDUCATION 24402 W. LOCKPORT ST. PLAINFIELD, IL 60544 CERTIFIED SERVICES, INC. PO BOX 177 WAUKEGAN, IL 60079-0177 CERTIFIED SERVICES, INC. 1733 WASHINGTON ST., SUITE 201 WAUKEGAN, IL 60085 | | | | | |
| | FREDERICK EDMISTON DDS MS 302 N. HAMMES AVE. JOLIET, IL 60435 CAB SERVICES, INC. PO BOX 2668 JOLIET, IL 60434 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JC PENNEY C/O PORTFOLIO RECOVERY PO BOX 12914 Norfolk, VA 23541 | | | | | |
| | JOLIET OPEN MRI 754 ESSINGTON RD. JOLIET, IL 60325 ATG CREDIT, LLC PO BOX 14895 CHICAGO, IL 60614-4895 | | | | | |
| | MORRIS HOSPITAL 150 W. HIGH ST. MORRIS, IL 60450 | | | | | |
| | MORRIS HOSPITAL 150 W. HIGH ST. MORRIS, IL 60450 | | | | | |
| | MORRIS HOSPITAL 150 W. HIGH ST. MORRIS, IL 60450 MIRAMED REVENUE GROUP, LLC DEPT 77304 PO BOX 77000 DETROIT, MI 48277-0304 | | | | | |
| | SEARS PO BOX 183081 COLUMBUS, OH 43218-3081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 13-14120 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | JOHNSTON, HEATHER M. | | | | Date Filed (f) or Converted (c): | 04/04/13 (f) |
| | | | | | 341(a) Meeting Date: | 04/29/13 |
| For Period Ending: | 10/16/14 | | | | Claims Bar Date: | 10/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 31 LYNWOOD DR. MORRIS, IL 60450 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 150.00 | 0.00 | | 0.00 | FA |
| 3. CHILD SUPPORT CLAIM AGAINST MINOR'S FATHER, | 0.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT AT STANDARD BANK & TRUST, AND SAV | 100.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS, PICTURES | 500.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS FOR FAMILY OF 5 | 500.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING FOR FAMILY OF 5 | 500.00 | 0.00 | | 0.00 | FA |
| 8. 50% VALUE IN ENGAGEMENT RING--HUSBAND'S FAMILY HEI | 6,422.60 | 0.00 | | 7,000.00 | FA |
| 9. MISC JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 10. 2004 CHRYSLER PACIFICA | 3,343.00 | 0.00 | | 0.00 | FA |
| 11. OFFICE EQUIPMENT | 200.00 | 0.00 | | 0.00 | FA |
| 12. RETIREMENT ACCOUNT--TIAA CREF & VANGUARD 403(B) | 8,000.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $145,215.60 | $0.00 | | $7,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Antique ring asset; Trustee in negotiations Debtor and non-filing spouse.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

LFORM1

Ver: 18.00a

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-14120 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | JOHNSTON, HEATHER M. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5025  Checking Account |
| Taxpayer ID No: | *******5505 | | |
| For Period Ending: | 10/16/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/14 | 8 | Malmquist & Geiger<br>Real Estate Trust Account<br>415 Liberty Street<br>Morris, IL 60450 | Compromise of Ring | 1129-000 | 7,000.00 | | 7,000.00 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,990.00 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.39 | 6,979.61 |
| 08/28/14 | 005001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | | 1,509.50 | 5,470.11 |
| | | | Fees          1,450.00 | 2100-000 | | | |
| | | | Expenses         59.50 | 2200-000 | | | |
| 08/28/14 | 005002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 25.59675% | 7100-000 | | 1,781.05 | 3,689.06 |
| 08/28/14 | 005003 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000002, Payment 25.59643% | 7100-000 | | 224.88 | 3,464.18 |
| 08/28/14 | 005004 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 25.59675% | 7100-000 | | 1,297.64 | 2,166.54 |
| 08/28/14 | 005005 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 25.59713% | 7100-000 | | 334.36 | 1,832.18 |
| | | | Page Subtotals | | 7,000.00 | 5,167.82 | |

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2             Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-14120 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | JOHNSTON, HEATHER M. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5025 Checking Account |
| Taxpayer ID No: | *******5505 | | |
| For Period Ending: | 10/16/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/28/14 | 005006 | Portfolio Recovery Associates, LLC successor to CITIBANK, N.A. Sears PO Box 41067 Norfolk, VA 23541 | Claim 000005, Payment 25.59690% | 7100-000 | | 802.98 | 1,029.20 |
| 08/28/14 | 005007 | Portfolio Recovery Associates, LLC successor to CITIBANK, N.A. Sears PO Box 41067 Norfolk, VA 23541 | Claim 000006, Payment 25.59664% | 7100-000 | | 1,029.20 | 0.00 |

```
                                     COLUMN TOTALS                          7,000.00         7,000.00          0.00
                              Less:  Bank Transfers/CD's                        0.00             0.00
                                     Subtotal                               7,000.00         7,000.00
                              Less:  Payments to Debtors                                         0.00
                                     Net                                    7,000.00         7,000.00
                                                                                                NET           ACCOUNT
                                     TOTAL - ALL ACCOUNTS              NET DEPOSITS      DISBURSEMENTS        BALANCE
                                     Checking Account - *******5025        7,000.00         7,000.00          0.00
                                                                       -----------------  -----------------  -----------------
                                                                           7,000.00         7,000.00          0.00
                                                                       =================  =================  =================
                                                                       (Excludes Account  (Excludes Payments  Total Funds
                                                                          Transfers)         To Debtors)       On Hand
```

Page Subtotals     0.00     1,832.18

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*